# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL BANKS,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 09-1065 |
| | : | |
| **COMMON PLEAS OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 27th day of January, 2010, upon independent consideration of the petition for writ of *habeas corpus*, the response thereto, and after a careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Document #29), it is hereby ORDERED that:

1. This case is returned to the active docket;

2. There being no objections, the Report and Recommendation is APPROVED and ADOPTED;

3. The petition for writ of *habeas corpus* is DISMISSED without an evidentiary hearing;

4. The petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.